ACCEPTED
03-13-00327-CV
6364059
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 11:32:34 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/5/2015 11:32:34 AM

JEFFREY D. KYLE
Clerk

August 5, 2015

*Via File & ServeXpress*

Mr. Jeffrey D. Kyle,
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

> Re: Docket No. 03-13-00327-CV; *Texas Alcoholic Beverage Commission and Sherry Cook, Administrator v. D. Houston, Inc. d/b/a Treasures*, in the Third Court of Appeals, Austin, Texas

Dear Mr. Kyle:

Pursuant to the Court's request, this is to confirm my intent to argue on behalf of Appellants/Cross-Appellees before this court on September 2, 2015 at 9:00 a.m. The break-down of time for cross-appeals provided in the Court's notification letter is acceptable to Appellants/Cross-Appellees, as well.

Please advise if we may be of further assistance in this matter.

Sincerely,

*/s/ Karen L. Watkins*
Karen L. Watkins
Assistant Attorney General

cc: Jennifer S. Riggs (Attorney for Treasures)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov